RICHARD SHERBO <i>v.</i> JOHN R. MANSON,<br>COMMISSIONER OF CORRECTION

The respondent commissioner of correction's petition for certification for appeal from the Appellate Court, 21 Conn. App. 172, is denied.

*Rita M. Shair,* deputy assistant state's attorney, in support of the petition.

*Kent Drager,* assistant public defender, in opposition.

Decided May 23, 1990

STATE OF CONNECTICUT <i>v.</i> RAYMOND LIPTAK

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 248, is denied.

*Francis T. Mandanici,* in support of the petition.

*Mary H. Lesser,* deputy assistant state's attorney, in opposition.

Decided May 23, 1990

GEORGE ENQUIST <i>v.</i> GENERAL DATACOM ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 21 Conn. App. 270, is granted, limited to the following issues:

"1. Did the Appellate Court err in concluding that the workers' compensation commissioner was not

authorized to give the employer a credit against all future payments or expenses it may be obliged to make for an injured employee in an amount equal to the employee's net recovery for that injury against a third party tortfeasor?

"2. Did the Appellate Court err in concluding that the workers' compensation commissioner was not authorized to give the employer a credit against all future payments it may become obliged to make to or on behalf of the employee in an amount equal to the employee's net recovery from a claim filed against the third party tortfeasor?"

*Jason M. Dodge,* in support of the petition.

Decided May 23, 1990